# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOTTA DOUGLASS,** an individual, | **Case No.:** EDCV 17-1908-GW(SPx) |
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING ENTIRE CASE** |
| v. | |
| **ENHANCED RECOVERY COMPANY, LLC.; and EQUIFAX INFORMATION SERVICES, LLC.,** | |
| Defendants. | |

# **ORDER**

Having considered the Parties' stipulation requesting dismissal as to this entire action, and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice with each party bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:   February 8   , 2018

*[signature]*

GEORGE H. WU, U.S. District Judge